| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |

# NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF A CIVIL CASE OR DISPOSITIVE MOTION BY A UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. Section 636(c), Civil Local Rule 73 and General Order 04-00016, our full-time United States Magistrate Judge, the Honorable Michael J. Bordallo, has been designated to handle all non-dispositive actions in this civil case. The parties may consent, pursuant to 28 U.S.C. Section 636(c), Civil Local Rule 73 and General Order 04-00016 to have Magistrate Judge Bordallo conduct all proceedings, including a jury or non-jury trial, ordering the entry of final judgment and conducting all post-judgment proceedings regarding a case, or conduct all proceedings and enter a final order with regard to a dispositive motion. In order to do so, all parties must complete a joint consent form (Form AO85 or AO85A). The consent forms are available on the court's website at https://www.gud.uscourts.gov/forms/all-forms/civil_form. After the necessary consents are filed, an appeal from a judgment entered by the Magistrate Judge shall be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of this Court.

This notice must be served with the Summons or Waiver of Service of Summons and Complaint on all defendants.

Your decision to consent or not to consent to the disposition of your case or a dispositive motion by Magistrate Judge Bordallo is entirely voluntary and should be communicated solely to the Clerk of Court. **DO NOT E-FILE THE CONSENT FORMS.** After completing the consent forms, parties can either mail or hand deliver the original to U.S. District Court, 520 West Soledad Avenue, 4th Floor, Hagatna, Guam 96910, Attn: Clerk of Court.

Unless the consent forms have been signed by all parties or their respective counsel in a case, the Clerk shall not accept the forms for filing. It is requested that parties consent to proceed before the Magistrate Judge at least 14 days prior to the first noticed Scheduling Conference. Please note that if the consent is not submitted at least 30 days prior to the final Pretrial Conference, a District Court Judge must approve the consent before the Magistrate Judge is permitted to proceed. As set forth in General Order 04-00016, the plaintiff, or the defendant if the plaintiff is appearing pro se, bears the responsibility for securing the execution of the consent forms by the parties and for filing such forms with the Clerk of Court.

JEANNE G. QUINATA, CLERK OF COURT
DISTRICT COURT OF GUAM